UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                          Case No. 8:16-cv-888-T-33JSS

GUY RISTON PAUL, individually
and doing business as G7
FINANCIAL ENTERPRISES & MORE,
G7 ACCOUNTING AND TAX SERVICES,
and VOLTAIRE MULTI-SERVICES,

    Defendant.
_____/

**PERMANENT INJUNCTION AGAINST DEFENDANT GUY RISTON PAUL, INDIVIDUALLY AND DOING BUSINESS AS G7 FINANCIAL ENTERPRISES & MORE, G7 ACCOUNTING AND TAX SERVICES, AND VOLTAIRE MULTI-SERVICES SUBMITTED BY STIPULATION AND CONSENT**

Plaintiff, United States of America, and Defendant, Guy Riston Paul, individually and doing business as G7 Financial Enterprises & More, G7 Accounting and Tax Services, and Voltaire Multi-Services ("Paul"), stipulate and agree as follows:

1. The United States of America filed a complaint for permanent injunction under 26 U.S.C. §§7402(a), 7407, and 7408 against Paul.

2. Paul admits that, for purposes of this injunction, the Court has jurisdiction pursuant to 28 U.S.C. §§ 1340 and 1345, and 26 U.S.C. § 7402(a).

3. Paul, without admitting any allegations in the complaint, has waived the entry of findings of fact and conclusions of law under Rules 52 and 65 of the Federal Rules of Civil Procedure, and consented to the entry of this permanent injunction, and agrees to be bound by its terms.

4. Paul further understands and agrees that:

   a. The stipulated order for permanent injunction will be entered under Fed. R. Civ. P. 65 and will result in the entry, without further notice, of a final judgment in this matter;

   b. Paul waives the right to appeal from the stipulated order for permanent injunction;

   c. The parties will bear their own costs, including any attorneys' fees or other expenses of this litigation;

   d. The Court will retain jurisdiction over this matter for the purpose of implementing and enforcing the permanent injunction by stipulation and consent;

   e. If Paul violates the permanent injunction, he may be subject to civil and criminal sanctions for contempt of court;

    f. In addition to the specific directives in the permanent injunction, Paul has an obligation to preserve all pertinent documents in his possession, including tax returns, informational returns, correspondence, working papers, or any other documents connected to his tax preparation activities, whether stored electronically or on paper, as required by the Internal Revenue Code;

    g. The United States may conduct full post-judgment discovery to monitor compliance with the permanent injunction; and

    h. Entry of the permanent injunction resolves only this civil injunction action, and neither precludes the government from pursuing any other current or future civil or criminal matters or proceedings, nor precludes Paul from contesting his liability in any matter or proceeding.

 Accordingly, **IT IS HEREBY ORDERED and ADJUGED** pursuant to 26 U.S.C. §§ 7402(a), 7407 and 7408 that Paul, individually and doing business as G7 Financial Enterprises & More, G7 Accounting and Tax Services, and Voltaire Multi-Services, and any other person or entity working in concert or participation

with him directly or indirectly is **PERMANENTLY ENJOINED** from directly or indirectly:

1. Preparing or filing or assisting in the preparation or filing of federal tax returns, amended returns, or other tax related documents and forms, including any electronically submitted tax returns or tax related documents for others;

2. Engaging in any activity subject to penalty under 26 U.S.C. §§ 6694, 6695, or 6701; and

3. Engaging in conduct that substantially interferes with the proper administration and enforcement of the internal revenue laws; and

**IT IS FURTHER ORDERED** that the Internal Revenue Service is authorized to immediately revoke any Preparer Tax Identification Number (PTIN), pursuant to 26 U.S.C. § 6109, and Electronic Filing Identification Number (EFIN) held by, assigned to, or used by Paul;

**IT IS FURTHER ORDERED** that the United States will be allowed full post-judgment discovery to monitor compliance with the permanent injunction; and

**IT IS FURTHER ORDERED** that the Court will retain jurisdiction over this action for purpose of implementing and enforcing the permanent injunction and any additional orders necessary and appropriate to the public interest.

The Clerk is directed to enter final judgment in favor of the United States of America in accordance with the foregoing and, thereafter, **CLOSE THIS CASE.**

**DONE AND ORDERED** in Chambers, Tampa, Florida this day 22nd of June, 2016.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

cc: counsel/parties of record